DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GERRICK BUSL** and **JILL BUSL,**
Appellants,

v.

**SHAPIRO, FISHMAN & GACHÉ, LLP,**
Appellee.

No. 4D17-2345

[May 31, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 2016-CA-000520.

W. Trent Steele and Millie Orrico of Law Offices of W. Trent Steele, Steele Law, Hobe Sound, for appellants.

Ileen J. Cantor and Ronald M. Gaché of Shapiro, Fishman & Gaché, LLP, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***